ISIDORE JACKSON, Appellant, *v.* JOHN R. SMITH et al., Respondents, Impleaded with Others.
THE CITY OF NEW YORK, Intervenor.

*Jackson* v. *Smith*, 154 App. Div. 883, affirmed.
(Argued October 14, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 18, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a tax lien.

*Abraham Stern* for appellant.

*Frank L. Polk, Corporation Counsel* (*Curtis A. Peters* and *William H. King* of counsel), for City of New York, intervenor.

*Richmond Weed* for respondents.

Judgment affirmed, with costs, on opinion of MILLER, J., below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, and CARDOZO, JJ. Not sitting: MILLER, J.